FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 01, 2026

SEAN F. McAVOY, CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LUCY CLARK, | No. 2:26-cv-00193-SAB |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| MICHAEL ROSENTHAL and KEVIN C. MCCLANAHAN, | |
| Defendants. | |

On April 29, 2026, the Court granted leave for Plaintiff to file an amended complaint, but no action has been taken.

Accordingly, **IT IS HEREBY ORDERED**:

1.     The above-captioned case is **DISMISSED with prejudice** and without costs or attorney's fees.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to Plaintiff, and **close** the file.

**DATED** this 1st day of June 2026.



Stan Bastian
Chief United States District Judge

**ORDER OF DISMISSAL # 1**